IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WAYNE BISSO,

    Plaintiff,

vs.                                        CASE NO. 5:08cv371/RS-AK

LORNA JENSEN, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 9). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. Pursuant to 28 U.S.C. §§1404(a) and 1406(a), this case is transferred to the United States District Court for the Southern District of Florida for all further proceedings.

3. The clerk is directed to close the file.

**ORDERED** on April 20, 2009.

                                                /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**